

TERRY KERR
DENNIS KERR
580 ASWAN STREET
SPARKS, NEVADA 89441
208-520-7266
PRO-SE PLAINTIFFS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

TERRY KERR AND DENNIS KERR,   )

    PLAINTIFFS,           )

  -V-                    )

U.S. BANK N.A. AND U.S. BANK   )   CASE NO. 3:17-00012-RJC-VPC
N.A. AS TRUSTEE OF SW REO
TRUST 2014-!, BANK OF AMERICA )
N.A. MICHEAL BROOKS ESQ.,
RAMIR HERNANDEZ ESQ., DARREN )  MOTION FOR RECONSIDERATION
BRENNER ESQ., WILLIAM HABDAS     OF COURT ORDER
ESQ., RICHARD REYNOLDS ESQ., ) ——————————————————
R. ARRON CHASTAIN ESQ., AND
HARMONY TITLE AGENCY, PLUS    )
DOES 1-10.

    DEFENDANTS.          )

——————————————————————————)

      COMES NOW PLAINTIFFS PRO-SE TERRY KERR AND DENNIS KERR

WITH THEIR MOTION FOR RECONSIDERATION OF THE ORDER FILED ON

APRIL 13, 2017 THAT DENIED THE MOTION FOR DEFAULT JUDGEMENT

AND THE MOTION FOR SANCTIONS AND GRANTED  A MOTION TO DISMISS.

1. MOTIONS FOR RECONSIDERATION WHICH NEW ISSUES OF FACT OR

LAW THAT ARE RAISED SUPPORTING A RULING CONTRARY TO THE RULING

ALREADY REACHED IS DESCRIBED IN ( MOORE V. CITY OF LAS VEGAS

92 NEV. 402, 405, 551 p2d 244,246 ( 1976 ). A DECISION MAY BE

RECONSIDERED IF SUBSTANTIALLY DIFFERENT EVIDENSE IS SUBSEQUENTLY

INTRODUCED OR THE DECISION IS CLEARLY ERRONEOUS. MASONRY AND

TITLE CONTRACTORS ASSN OF S. NEV. V. JOLLEY, URGA AND WIRTH 113

NEV. 737,741,941 p2d 486 489 (1997).

3. THE PLAINTIFFS DID DO PLAIN STATEMENTS OF THE CLAIMS AND DID
SHOW WHAT THE GROUNGS OF THE LAWSUIT WERE ABOUT. HAD THE COURT
READ ANY OF THE PLAINTIFFS BRIEFS. THERE WAS THE CLEAR AND CON-
SISE EVEDENCE AND FACTS WITH EXHIBITS OF PROOF CLEARING SHOWING
WHAT WAS THE ISSUES. THERE WAS CLEARY AN ABUSE OF DISCRETION HERE

4. THE MOTION FOR DEFAULT FILED AGAINST U.S. BANK AND THE AMENDED
MOTION FOR DEFAULT FILED AGAINST U.S. BANK WAS NOT EVEN MEMTIONED
IN THE ORDER. THIS WAS DONE BECAUSE THE U.S. BANK DID NOT FILE
AN ANSWER TO THE SUMMONS AND COMPLAINT AS REQUIRED. THIS WAS TO
BE BROUGHT UP AT THE HEARING SCHEDULED FOR MAY 2, 2017, AND ALSO
THERE WAS A MOTION FOR SUBMISSION ON THE MOTION FOR DEFAULT FILED
AGAINST THE U.S. BANK, BUT NEVER MEMTIONAD AT ALL BY THE COURT!
ALL THE PROPER PAPERWORK WAS FILED.

5. THE COURT GOES ON TO SAY THAT THE COURT COULD NOT SEE HOW THE
PLAINTIFFS WOULD BE ADVERSLY AFFECTED BY THE MISREPRESENTATION
OF THE HOUSE HAVING A LEGAL VALID LIS PENDANS COURT LIEN ON THE
HOUSE. THE NEW OWNERS OF THE HOUSE SOLD TO THEM NOW GO AFTER THE
PLAINTIFFS TO EVICT THEM AND PAY THEM MONEY FOR BEING THERE. THEY
COULD NOT DO THIS LEGALLY JUST THE SAME AS GETTING THE TITLE
TO ISSUE A CLEAN TITLE WHEN IT WAS NOT AND THEN EVICTING THE
PLAINTIFFS. THIS WAS ALL CONSPIRED AND WAS CLEARING SHOWN IN THE
EXHIBITS OF PROOF HAD THE COURT LOOKED AT THE PLAINTIFFS PLEADING
S, THE PURCHASER WAS WORKING WITH BANK OF AMERICA TO DO THIS AND
THE ATTORNEY FOR HARMONTY TITLE AND THE U.S. BANK AND BANK OF
AMERICA WERE THE SAME PERSON. IT WAS A CONSPIRED EVENT OF CRIMIN-
AL CRIMES AS COVERED IN THE RACKETEER INFLUENCED AND CORUPT ORGAN
IZATION ACT VIOLATIONS. ROBERT C. JONES WHO DID THE ORDER,

2

## NEW FACTS AND LAWS

1. EXHIBIT A IS THE MOTION FOR THE HEARING TO BE HELD FOR
UNLAWFULL DETAINER IN THE SPARKS JUSTICE COURT. IT DOES
SHOW THAT THERE IS A FRAUD COMPLAINT FILED WITH THE POLICE,

2. EXHIBIT A-1 IS THE POLICE STATEMENT FOR FRAUD.

3. EXHIBIT B IS THE LETTER FROM THE STATE BAR OFFICE OF THE
CHIEF TRIAL COUNSEL THAT IS INVESTIGATING THE FRAUD CHARGES.

4. EXHIBIT B-1 IS THE LETTER TO THE CALIFORNIA STATE ATTORNEY
GENERAL FOR THE COMPLAINT OF FRAUD AND REACKETEER INFLUENCED
AND CORUPT ORGANIZATION ACT VIOLATIONS. THE CRIMES AND THE
CONSPIRACY TO EVICT THE PLAINTIFFS WERE DONE BY BANK OF AMERICA
AND THE LAWYERS.THIS EVIDENSE OF THE CRIMINALS RACKETEERING
WAS NOT EVEN LOOKED AT IN NEVADA. THERE WAS 2 LETTERS TO THE
NEVADA PEOPLE BUT NO RESPONSES. WHAT HAPPENS WHEN THEY GET
CHARGED WITH THE VIOLATION OF NRS 14.010? JUST THE SAME AS
ALWAYS THE BANK OF AMERICA JUST PAYS THEM ALL OFF FOR INJUSTICE!
WELL THE PLAINTIFF DID CHECK ON BROOKS HOUSES AT THE COURTHOUSE
IN VEGAS AND HE HAS STOLEN LOTS OF THEM. THAT IS WHY HE MUST
CONTINUE TO STEAL CAUSE HE NEEDS HIS NEW DOPAMINE AND ENDORPHIN
SECRETIONS IN THE BRAIN FOR HIS HIGHS AND PLEASURES. HE IS LIKE
THE CRIMINAL IN THE WHYAT ERUP SHOW JOHNEY RINGO WHO COULD NOT
ROB ENOUGH, HE COULD NOT STEAL ENOUGH, HE COULD NOT MURDER ENOUGH
PEOPLE, CAUSE HIS ONLY SATISFATION WAS ROBBING STEALING AND
MURDERING, THE SAME AS BROOKS. HOW MANY HOUSES DID HE STEAL AND
THE OWNERS COMMITTED SUICIDE CAUSE OF IT? THAT JUST MAKES HIM
MORE HIGH. YOU SEE YOU HAVE TO HAVE A SOUL TO HAVE A CONSCIENCE!
he wants ceo BRIAN MOYNIHAM OF BANK OF AMERICA TO PAY HIM FOR
DELIVERING TERRY KERRS HEAD ON A PLATTER, PURE AND SIMPLE. WHEN

3

the state judge simpson did a judicial forclosure ON THE HOUSE
TERRY KERR LIVED IN IN IDAHO AND HE WAS FORCED TO LEAVE THE
HOME BRIAN MOYNIHAM FLEW TO IDAHO FALLS IDAHO AND COMPLAINED TO
THE SHERIFF THAT THEY WERE NOT EVICTING TERRY KERR FAST ENOUGH.
THE HOUSE WAS IN FEDERAL COURT AND THERE WAS A FEDERAL COURT LIEN
ON THE HOUSE WHEN THE STATE COURT JUDGE SOLD IT ILLEGALLY. EVEN
THOUGH IT WAS PROVED BY KERR, THE JUDGE NEVER GOT ANYTHING DONE
TO HIM FOR THE CRIME AND THEN THE SAME THING HAPPENS HERE.
EVERYONE WANTS SOME BANK OF AMERICA MONEY FOR NAILING TERRY KERR
TO THE CROSS! WELL, TERRY KERR IS A WARIOR FOR JUSTICE AND HAS
BEEN IN COURT FOR 9 YEARS AND WILL CONTINUE TO BE A WARIOR FOR
JUSTICE TILL THEY MURDER HIM LIKE THEY DID TO MARTIN LUTHER KING.
AMAN, AMAN AMAN AMAN AMAN AMAN AMAN AMAN AMAN AMAN AMAN ETC.

DONE AND DATED THIS 18th DAY OF APRIL, 2017.

BY PRO-SE PLAINTIFFS TERRY KERR AND DENNIS KERR

*Terry Kerr    Dennis Ker*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE MOTION FOR CONSIDERA-
TION WAS SENT TO THE DEFENDANTS AT THESE ADDRESS, AKERMANS AT
1160 TOWN CENTER DRIVE SUITE 330, LAS VEGAS NEVADA 89144,brooks
AT 1645VILLAGEENTER CIRCLE, SUITE 60 LAS VEGAS, NEVADA 89134,
RICHARD REYNOLDS 1851 FIRST STREET SUITE 1550 SANTA ANA C.A. 92705
arron chastain 1819 fifth ave north, birminham a.l. 35203, u.s.
bank, 301 vassar street reno, nevada 89502.

DONE AND DATED THIS 18th DAY OF APRIL, 2017

BY PLAINTIFFS PRO-SE TERRY KERR AND DENNIS KERR

*Terry Kerr    Dennis Ker*

4

COPY TO U.S. ATTORNEY GENERAL SESSIONS,950 PENNSYVANIA AVE NW
WASHINGTON D.C. 20530

## LIST OF EXHIBITS OF PROOF

1. THE SPARKS JUSTICE COURT PAPERS WHERE RACIAL ANIMUS IS OPENLY PRACTICED.

2, EXHIBIT A-! THE POLICE COMPLAINT

3. EXHIBIT A-2 THE COMPLAINT TO THE CALIFORNIA STATE BAR

4. EXHIBIT B IS THE LETTER FROM THE OFFICE OF THE CHIEF TRIAL COUNSEL

5. EXHIBIT B-1 IS THE COMPLAINT TO THE CALIFORNIA STATE ATTORNEY GENERAL BECERRA

6. EXHIBIT C IS THE FORGOTTEN ON PURPOSE DEFAULT BY THE JUDGE SAYING IT DID NOT HAPPEN BUT IT IS IN THE FILE. JUST COVERED UP.

7. EXHIBIT D IS THE LETTER SENT TO LAXAULT WHO NEVER RESPONED

*Exhibit A*

**FILED**
ANITA WHITEHEAD, CLERK
SPARKS JUSTICE COURT

APR 18 2017

By ___E. Reed___
DEPUTY CLERK

*Original*

DENNIS KERR
TERRY KERR
580 ASWAN STREET
SPARKS, NEVADA 89441
208-520-7266
DEFENDANTS PRO-SE

## SPARKS JUSTICE COURT

## COUNTY OF WASHOE, STATE OF NEVADA

| | |
|---|---|
| U.S. BANK N.A. AND SW REO TRUST 2014-1, ) ) | |
| PLAINTIFFS, ) ) | CASE NO. 17-SCV-0382 |
| DENNIS KERR AND TERRY KERR AND DOES 1-10, ) ) | MOTION FOR POSTPONMENT UNITLL CRIMINAL FRAUD CHARGES ARE DONE |
| DEFENDANTS. ) ) | ———————————————— |

COMES NOW DEFENDANTS PRO-SE DENNIS KERR AND TERRY KERR WITH THIER MOTION FOR A POSTPONMENT OF THE HEARING UNTILL THE CRIMINAL COMPLAINTS ARE COMPLETED.

1. ENCLOSED IS THE EXHIBIT A, THE SPARKS POLICE STATEMENT THAT THE DEFENDANTS HAVE FILED AGAINST THE U.S. BANK AND THE LAWYERS BROOKS AND HERNANDEZ FOR FRAUD. RXHIBIT A.

2. EXHIBIT B IS THE FRAUD CHARGES AGAINST U.S. BANK AND THE LAWYERS WITH THE STATE BAR OF CALIFORNIA AND THE CALIFORNIA STATE ATTORNEY GENARAL.

3. ALSO THE DEFENDANTS WERE NEVER SERVED A SUMMONS AND THE COMPLAINT AND THE HEARING SHOULD HAVE BEEN POSTPONED UNTILL THEY WERE SERVED.

4. the case in the sparks police complaint is 17-3348.

5. THE COMPLAINT GOES TO THE DETECTIVES FIRST AND THEN TO THE WASHOE COUNTY DISTRICT ATTORNEY OFFICE SO IT IS NOT KNOWN HOW

LONG IT WILL TAKE. THE EDUCATED GUESS WAS A FEW WEEKS.

## CONCLUSION

THE CONCLUSION IS THAT THE U.S. BANK AND THE ATTORNEYS BROOKS AND HERNANDEZ WILL BE CHARGED WITH FRAUD CRIMES AND THEREFORE IT WOULD BE PRE-MATURE TO HAVE A HEARING WHILE THE FRAUD CRIMES ARE BEING INVESTIGATED!

DONE AND DATED THIS 18th DAY OF APRIL, 2017.

BY DEFENDANTS PRO-SE DENNIS KERR AND TERRY KERR

*Dennis Kerr    Terry Kerr*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE MOTION FOR POSRPONMENT OF THE HEARING WAS SENT TO THE LAWYERS AT 1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS NEVADA, 89134 on this 18th DAY OF APRIL, 2017.

DONE AND DATED THIS 18th DAY OF APRIL, 2017

BY DEFENDANTS PRO-SE DENNIS KERR AND TERRY KERR

*Dennis Kerr    Terry Kerr*

2

COPY TO THE U.S. ATTORNEY GENARAL SESSIONS AT 950 PENNSYLVANIA AVE NW, WASHINGTON D.C. 20530

**Sparks Police Department**

# STATEMENT

FOR SPD'S OFFICE USE ONLY

CASE NO.: 17·3348
CASE TYPE: FRAUD
TAKEN BY: OFC SITTON

*Exhibit A-1*

## PERSON MAKING THE STATEMENT

NAME OF PERSON MAKING STATEMENT: TERRY KERR

OTHER NAMES USED:

RESIDENCE ADDRESS: 580 ASWAN St. SPARKS, NV 89441

HOME PHONE: 208·520·7266

WORK / SCHOOL ADDRESS:

WORK PHONE:

RACE:
☐ Am. Indian/Alaska Natv
☐ Asian/Pacific Islander
☐ Black
☐ East Indian
☐ Hispanic
☒ White
☐ Other

SEX: ☒ Male ☐ Female

DATE OF BIRTH: Jun 24 1949

SOCIAL SEC. NO.: 517·58·6540

FAX/CELL: 208·520·7266

HEIGHT: 6' 3"  WEIGHT: 240  HAIR: Brn  EYES: Green

OTHER NO. TO CALL:

DRIVER'S LIC. / STATE I.D. NUMBER: IDAHO GB196609 I  STATE: ID  EMAIL ADDRESS: NONE

BUSINESS / SCHOOL NAME:

OCCUPATION / GRADE: Social Security

WORK HOURS DAYS OFF: M T W T F S S

INVOLVEMENT: ☐ Complainant ☐ Driver ☐ Passenger ☐ Victim ☐ Witness

LOCATION OF OCCURRENCE:

☐ AUTO ☐ MOTORCYCLE ☐ TRUCK ☐ OTHER

MAKE:  MODEL:  YEAR:  LICENSE NO./REGISTRATION:  STATE:  YEAR:  VEHICLE COLOR(S):

IDENTIFYING FEATURES / ACCESSORIES:  VEHICLE VALUE:  VEHICLE IDENTIFICATION NUMBER:

## STOLEN VEHICLE WAIVER

Know all persons by those presents: That I, _____ of the City of _____, County of _____, State of _____, do by these presents, for myself, my heirs, executors, administrators or assigns, release each, every, and all duly-appointed peace officers of a city, county or of the State of Nevada, from any claim, action demand, dues, sums of money, controversies, trespasses, judgments, executions, claims and demands whatsoever, in law or in equity, I ever had or now have or which I, or my heirs, executors, administrators or assigns, hereinafter can, shall or may have against any peace officer or peace officers, for, upon or by reason of any matter, cause, or thing whatsoever, as a result of said peace officer or peace officers recovering, holding, storing, or conveying the above-described vehicle, pursuant to the stolen report which I have this day made. I understand that I am liable for all towing and storage charges incurred during the recovery of the vehicle.

SIGNATURE OF OWNER / AGENT

## CONSENT TO RELEASE MEDICAL RECORDS

I, _____, do hereby knowingly and voluntarily authorize _____ or any Detective of the Sparks Police Department to request and obtain any and all medical treatment records from _____ Start Date _____ to _____ End Date _____ for _____. The purpose of this request concerns an investigation involving the person subject to the medical record inquiry. I realize I have the right to refuse this request.

Name of Patient _____ Date of Birth _____ SSN _____

Signature of Person Authorizing _____ Signature of Witness _____

## WRITTEN STATEMENT

1. Terry Kerr and Dennis Kerr own the House
2. at 580 aswan Street, Sparks, nevada 89441
3. the Bank of america For no Reason doubled
4. the monthly Payment, terry Kerr and Dennis
5. Kerr filed a Lawsuit against Bank of america,
6. they Put a lis Pendens Court Lien, Called a
7. notice of Pendency of action on the Property
8. and according to Nevada Law NRS 14.010

DATE & TIME OF THE STATEMENT: Date april 17, 2017  Time 5:30

NRS 207.280 MAKES IT UNLAWFUL TO FILE A FALSE POLICE REPORT

NUMBER OF PAGES IN STATEMENT _____

SIGNATURE OF PERSON MAKING THIS STATEMENT X Terry Kerr

SP-STMT (REV. 01/17)  USE OTHER SIDE IF ADDITIONAL SPACE IS NEEDED

9  the House cannot be sold till the Court Law
10  Suit is Settled. the Bank of america sold
11  the House illegally and then could not Sell
12  the House cause of the Lien and gave Back
13  the money charged and did Full Reconvezence
14  of the Property to the Kers. the Kers
15  then Filed a new Law Suit in Federal
16  Court and put a new Lis pendons Court Lien
17  called a notice of pendency of actions on the
18  Property. the Bank of america Lawyer Brooks
19  writes Kers. a California Law License also and
20  was the attorney For the title company who
21  did issue a clean title to the U.S. Bank
22  and the title company could not give a
23  Clean and clear title did a Falsified
24  Fraudulent Deed to the U.S. Bank also
25  represented By Brooks Lawyer who has
26  the title company do the Falsified Fraudulent
27  Deed in violation of the NRS 14,010 and
28  then Filed a case of unlawful detainer in
29  the Sparks Justice Court. the office of the
30  Chief trial Counsel of California and the California
31  attorney Leonal Rhue taken up the case but
32  the Sparks Justice Court Judge in Case 17
33  SCV. 0382 says a nevada Fraud complaint
34  must be filed. So I am Filing a Fraud
35  Complaint For a wrongful detainer case
36  using a Falsified Document as evidence.

Page __2__ of __2__

SIGNATURE OF PERSON
MAKING THIS STATEMENT X _Terez Ker_

## CRIMINAL COMPLAINT TO THE CALIFORNIA
## STATE BAR

TERRY KERR AND DENNIS KERR
580 ASWAN STREET
SPARKS, NEVADA 89441                    APRIL 4, 2017
208-520-7266

RE: CRIMINAL LAWYERS SUBMITTING FORGED AND
FALSIFIED DOCUMENTS TO THE COURT TO MAKE
LEGAL OBJECTIVE THREW THE USE OF ILLEGAL
BAD FAITH MISCONDUCT.

GREETINGS CALIFORNIA STATE BAR,

1. THIS IS A COMPLAINT AGAINST THE UNETHICAL AND CRIMINAL BAD
FAITH MISCONDUCT DONE BY THE CRIMINAL LAWYER IN A CONSPIRED
CRIME AND PAID FOR BY THE BANK OF AMERICA, AND TRUSTEE CORPS.

2. richard reynolds and joe buckman of the trustee corps did
conspire to do a trustee sale for trustee corps the kerrs
home in sparks ,nevada. THEY DID CONSPIRE WITH LAWYERS FROM
LAS VEGAS NEVADA NAMED MICHEAL BROOKS AND RAMIR HERNANDEZ.
ALL LAWYERS ARE CALIFORNIA LAWYERS, REYNOLDS,BUCKMAN,BROOKS
AND HERNANDEZ HAVE CALIFORNIA LAW LISENCES.

3. THE ADDRESSES FOR REYNOLDS AND BUCKMAN IS 1851 FIRST STREET
SUITE 1550, SANTA ANA, CALIFORNIA 92705, AND THE ADDRESSES FOR
BROOKS AND HERNANDEZ IS 1645 VILLAGE CENTER CIRCLE, SUITE 60,
LAS VEGAS, NEVADA 89134.

4. THE CLEAR AND CONCISE AND UNDISPUTABLE EVIDENSE OF THE CRIMES
THE UNETHICAL CRIMINAL LAWYERS HAVE DONE IS ATTACHED, THE OUTLINE
OF THE CRIMES IN A BLOW BY BLOW FASHION SUPPORTED BY THE EXHIBITS
OF PROOF AND TRUTH, AND UNDISPUTABLE FACTS.

SINCERLY TERRY KERR, DENNIS KERR

*Exhibit B*   *original*

FILED
ANITA WHITEHEAD, CLERK
SPARKS JUSTICE COURT

APR 1 7 2017

By _E. Reed_
DEPUTY CLERK

DENNIS KERR
TERRY KERR
580 ASWAN STREET
SPARKS, NEVADA 89441
208-520-7266
DEFENDANTS PRO-SE

## SPARKS JUSTICE COURT

### COUNTY OF WASHOE, STATE OF NEVADA

|  |  |
|---|---|
| U.S. BANK N.A. AND SW REO TRUST 2014-1, | ) |
| PLAINTIFFS, | ) CASE NO. 17-SCV-0382 |
| DENNIS KERR ANDTERRY KERR AND DOES 1-10. | ) DEFENDANTS REPSPONSE TO THE PLAINTIFFS OMNIBUS RESPONSE |
| DEFENDANTS. | ) |

COMES NOW DEFENDANTS DENNIS KERR AND TERRY KERR AND OCCUPANTS, WITH THERE RESPONSE TO THE PLAINTIFFS OMNIBUS RESPONSE. FIRST THERE IS THE LAWYER BROOKS SAYING THAT THE DEFENDANTS CASE HAS NO MERITS. THE OFFICE OF THE CHIEF TRIAL COUNSEL FOR THE STATE OF CALIFORNIA HAS TAKEN THE CASE SEE THE CASE SHOWING THE STATE BAR DOING THE CASE.

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE
The State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017-2515

04/13/2017

ZIP 90017
011E12650145

Name   Kerr, Terry & Dennis
580 Aswan St
Sparks, NV 89441

*Case No. 17-05906*

Street

City        State   Zip

89441$0557 R008

## CRIMINAL COMPLAINT TO THE CALIFORNIA

## STATE ATTORNEY GENERAL BECERRA

---

TERRY KERR AND DENNIS KERR
580 ASWAN STREET
SPARKS, NEVADA 89441                    APRIL 10, 2017
208-520-7266

RE: CRIMINAL COMPLAINT AGAINST HARMONY TITLE
AGENCY, AND CRIMINAL LAWYERS FOR TRUSTEE
CORPS, RICHARD REYNOLDS, JOE BUCKMAN, RAMIR
HERNANDEZ AND MICHEAL BROOKS.

GREETINGS CALIFORNIA STATE ATTORNEY GENERAL BECERRA,

TERRY KERR AND DENNIS KERR OWN A HOME IN SPARKS, NEVADA,

AND THE TRUSTEE CORPS AT 1851 EAST FIRST STREET, SUITE 1550

SANTA ANA, CALIFORNIA, 92705, HAD THE HARMONY TITLE AGENCY

AT 17100 GILLETTE AVE., IRVINE, CALIFORNIA 92612, DO A

FALSIFIED FRAUDULENT DECEPTIVE DEED ON THE KERRS HOME IN

SPARKS, NEVADA. THERE WAS A FEDERAL LIS PENDANS COURT LIEN,

AND A STATE NOTICE OF PENDANCY OF ACTION FILED ON THE HOME

AND THE TITLE COULD NOT BE GIVEN AS A TRUE TITLE WITH NO

CLOUDS OR OBSTUCTIONS ON THE DEED AND WAS SOLD AS A CLEAR

TITLE TO ANOTHER BANK. THE LAWYERS BROOKS AND HERNANDEZ AT

1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NEVADA 89134

and the trustee corps lawyers who own harmony title agency

AT THE ADDRESS OF 1851 EAST FRIST STREET, SUITE 1550 RICHARD

REYNOLDS AND JOE BUCKMAN DID CONSPIRE TO DO THE FALSIFIED

FRAUDULENT DEED. THE TOTAL TRUTH AND EVIDENSE AND FACTS ARE

ARE INCLUDED IN THE SUMMARY OF THE FACTS TRUTH AND EVIDENSE

ATTACHED. THESE CROOKS TRYED TO MAKE A LEGAL OBJECTIVE USING

ILLEGAL MEANS ALL TOTALLY DOCUMENTED. PLEASE PUT THEM IN JAIL!

SINCERELY TERRY KERR AND DENNIS KERR

*Exhibit C*

TERRY KERR
DENNIS KERR
580 ASWAN STREET
SPARKS, NEVADA 89441                    ORIGINAL
208-520-7266
PRO-SE PLAINTIFFS


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TERRY KERR AND DENNIS KERR,        )
                                   )
     PLAINTIFFS,                   )
                                   )
     -V-                           )
                                   )    CASE NO. 3:17-CV-00012-RJC-VPC
U.S. BANK N.A. AND U.S. BANK       )
N.A. AS TRUSTEE OF SW REO          )
TRUST 2014-1, BANK OF AMERICA      )    MOTION FOR SUBMISSION ON THE
N.A., MICHEAL BROOKS ESQ.,         )    MOTION FOR AMENDED DEFAULT
RAMIR HERNANDEZ ESQ., DARREN       )    ───────────────────────────
BRENNER ESQ., WILLIAM HABDAS       )
ESQ., RICHARD REYNOLDS ESQ.,       )
R.ARROR CHASTAIN ESQ., AND         )
HARMONY TITLE AGENCY, PLUS         )
DOES 1-10.                         )
                                   )
     DEFENDANTS.                   )
─────────────────────────────────  )


        COMES NOW PLAINTIFFS PRO-SE TERRY KERR AND DENNIS KERR

WITH THIER MOTION FOR SUBMISSION ON THEIR MOTION FOR AMENDED

DEFAULT. ALL THE PROPER PARTS OF THE AMENDED MOTION FOR DEFAULT

BY THE U.S. BANK HAVING BEEN FILED WITH THE COURT AND NOW THE

PLAINTIFFS ARE ASKING THE COURT TO RULE ON THE MOTION FOR THE

AMEANED DEFAULT.

        DONE AND DATED THIS 8th DAY OF APRIL, 2017.

        BY PLAINTIFFS PRO-SE TERRY KERR AND DENNIS KERR

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE MOTION FOR THE SUBMISSION OF THE AMENDED DEFAULT WAS SENT TO THE DEFENDANT AT U.S. BANK, 301 VASSAR STREET, RENO, 89502, ON THIS 8th DAY OF APRIL, 2017, BY U,S. MAIL.


DONE AND DATED THIS 8th DAY OF APRIL, 2017.


BY PLAINTIFFS PRO-SE TERRY KERR AND DENNIS KERR

*Terry Kerr  Dennis Kerr*

2.

TERRY KERR
DENNIS KERR
580 ASWAN STREET
SPARKS, NEVADA 89441                    ORIGINAL
208-520-7266
PRO-SE PLAINTIFFS


          IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF NEVADA


TERRY KERR AND DENNIS KERR,      )
                                 )
     PLAINTIFFS,                 )
                                 )
     -V-                         )    CASE NO. 3:17-CV-00012-RJC-VPC
                                 )
U.S. BANK N.A. AND U.S. BANK     )
N.A. AS TRUSTEE OF SW REO        )    AFFIDAVIT IN SUPPORT OF THE
TRUST 2014-1, BANK OF AMERICA    )    AMENDED DEFAULT JUDGEMENT
N.A., MICHEAL BROOKS ESQ.,       )
RAMIR HERNANDEZ ESQ., DARREN     )
BRENNER ESQ., WILLIAM HABDAS     )
ESQ., RICHARD REYNOLDS ESQ.,     )
R.ARRON CHASTAIN ESQ., AND       )
HARMONY TITLE AGENCY, PLUS       )
DOES 1-10.                       )
                                 )
     DEFENDANTS.                 )
_____)


STATE OF NEVADA    )
                   ) SS
COUNTY OF WASHOE   )


     COMES NOW PLAINTIFFS PRO-SE TERRY KERR AND DENNIS KERR

WITH THEIR AFFIDAVIT IN SUPPORT OF THE AMENDED DEFAULT JUDGEMENT

AND SWEAR THAT THE FOLLOWING ASSERTIONS ARE TRUE TO THE BEST OF

THEIR KNOWLEDGE AND BELIEF AS PROVIDED:

1. AFFIANTS ARE THE PLAINTIFFS IN THE ABOVE ENTITLED ACTION AND

HAVE MADE CAREFULL INVESTIGATION IN THE CAUSE AND HAVE BEEN

INFORMED AND BELIEVES THAT THE DEFENDANT U.S. BANK N.A. ARE

NOT IN THE MILITARY SERVICE THE UNITED STATES, NOR ARE THEY

INFANTS, OR INCOMPETANT DEFENDNATS.

2. THE DEFENDANTS WERE SERVED THE COMPLAINT AND THE SUMMONS ON THE 11th DAY OF JANUARY, 2017 at the following location, u.s. BANK N.A., AT 301 VASSAR STREET, RENO, NEVADA 89502. THE AFFIDAVIT OF SERVICE WAS FILED WITH THE COURT AND DATE STAMPED BY THE COURT THE 2nd DAY OF FEBRUARY, 2017. WITH THE CLERK OF THE DISTRICT COURT, DISTRICT OF NEVADA.

3. AFFIANTS ARE FUTHER INFORMED AND BELIEVES THAT THERE IS NOW DUE AND OWNING FROM THE SAID DEFENDANTS TO THE PLAINTIFFS THE PRINCIPAL SUM OF $268,000 DOLLARS. THIS IS THIS DEFENDANTS PRINCIPAL SUM OWED TO THE PLAINTIFFSFOR THE DEMAND IN  THE UNANSWERED LAW SUIT. THERE IS ANOTHER $592 DOLLARS IN COSTS AND FES INCURRED FOR A TOTAL OF $268,592 DOLLARS.

4. THE OTHER DEFENDANTS DID ANSWER THE SUIT, THE BANK OF AMERICA N.A. ANSWERED THE SUIT ON THE LAST DAY AND NEVER SENT THE ANSWER TO THE PLAINTIFFS BUT THE JUDGE SENT A STATEMENT TO THE PRO-SE PLAINTIFFS A FEW DAYS LATER, SO THE BANK OF AMERICA N.A. WAS ON THE DEFAULT MOTION BUT GOT TAKEN OFF AND THAT IS WHY THE AMENDED MOTION FOR DEFAULT WAS DONE.

DONE AND DATED THIS 10TH DAY OF APRIL, 2017.

BY PRO-SE PLAINTIFFS TERRY KERR *Terry Kerr*

BY PRO-SE PLAINTIFFS DENNIS KERR *Dennis Kerr*

SUBSCRIBED AND SWORN TO BEFORE ME *Richard Sahlberg*

A NOTARY PUBLIC WHOSE COMMISSION EXPIRES *8/20/19*

NOTARY STAMP

RICHARD SAHLBERG
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 10-2645-2 - Expires August 20, 2019

2

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE AFFIDAVIT IN SUPPORT OF THE AMENDED MOTION FOR DEFAULT WAS SENT TO THE DEFENDANTS AT THE U.S. BANK N.A. 301 VASSAR STREET , RENO, NEVADA 89502 ON THIS 8th DAY OF APRIL, 2017 BY U.S. MAIL.

DONE AND DATED THIS 8th DAY OF APRIL, 2017.

BY PLAINTIFF PRO-SE TERRY KERR *Terry Kerr*

BY PLAINTIFF PRO-SE DENNIS KERR *Dennis Kerr*

3

TERRY KERR
DENNIS KERR
580 ASWAN STREET                                ORIGINAL
SPARKS, NEVADA 89441
208-520-7266
PRO-SE PLAINTIFFS


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA


TERRY KERR AND DENNIS KERR,     )

    PLAINTIFFS,                 )
                            CASE NO. 3:17-CV-00012-RJC-VPC
  -V-                            )
                            MEMORANDUM OF COSTS
U.S. BANK N.A. AND U.S. BANK    )   AND DISBURSEMENTS
N.A. AS TRUSTEE OF SW REO       )
TRUST 2014-1, BANK OF AMERICA   )
N.A., MICHEAL BROOKS ESQ.,      )
RAMIR HERNANDEZ ESQ., DARREN    )
BRENNER ESQ., WILLIAM HABDAS    )
ESQ., RICHARD REYNOLDS ESQ.,    )
R. ARRON CHASTAIN ESQ., AND     )
HARMONY TITLE AGENCY, PLUS      )
DOES 1-10.                      )

    DEFENDANTS.                 )
_____  )


MEMORANDUM OF COSTS AND DISBURSEMENTS

STATE OF NEVADA    )

                 )

COUNTY OF WASHOE   )

    COMES NOE PRO-SE PLAINTIFFS TERRY KERR AND DENNIS KERR

WITH THEIR MEMORANDUM OF COSTS AND DISPURSEMENTS AND HEREBY

SWEAR UNDER PENALTY OF PERJURY THAT THE FOLLOWING ASSERTIONS

ARE TRUE TO THE BEST OF THEIR KNOWLEDGE AND BELIEF AS PROVIDED:

1. FILING FEE                    $400

2. SERVICE FEE                          $100

3. COPIES,MAIL, POSTAGE                 $38

4. LIS PENDANS RECORDING FEES           $ 54

5. RELIEF DEMANDED FROM U.S. BANK       $268,000

6. TOTAL OF COST,FEES, COMPLAINT DEMAND $268,592

8. AS DOCUMENTED IN THE COMPLAINT

           DONE AND DATED THIS _10TH_ DAY OF APRIL, 2017

           BY PRO-SE PLAINTIFF TERRY KERR _Terry Kerr_

           BY PRO-SE PLAINTIFF DENNIS KERR _Dennis Kerr_

        SUBCRIBED AND SWORN TO BEFORE ME _Richard Sahlberg_

        A NOTARY WHOSE COMMISSION EXPIRES ___8/20/2018___

NOTORY STAMP

RICHARD SAHLBERG
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 10-2849-2 - Expires August 20, 2018

2

TERRY KERR
DENNIS KERR
580 ASWAN STREET
SPARKS, NEVADA 89441                          ORIGINAL
208-520-7266
PRO-SE PLAINTIFFS


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA


| | | |
|---|---|---|
| TERRY KERR AND DENNIS KERR, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| -V- | | CASE NO. 3:17-CV-00012-RJC-VPC |
| U.S. BANK N.A. AND U.S. BANK | ) | |
| N.A. AS TRUSTEE OF SW REO | ) | NOITCE OF AMENDED DEFAULT |
| TRUST 2104-1, BANK OF AMERICA | | |
| N.A., MICHEAL BROOKS ESQ., | ) | |
| RAMIR HERNANDEZ ESQ., DARREN | ) | |
| BRENNER ESQ., WILLIAM HABDAS | ) | |
| ESQ., RICHARD REYNOLDS ESQ., | ) | |
| R. ARROR CHASTAIN ESQ.,AND | | |
| HARMONY TITLE AGENCY, PLUS | ) | |
| DOES 1-10. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

DEFAULT

    IT APPEARING THAT THE U.S. BANK N.A. THE ABOVE APPEARING
AND NAMED DEFENDANT HEREIN IS IN DEFAULT FOR FAILURE TO PLEAD
OR OTHERWISE DEFEND AS REQUIRED BY LAW.


    DEFAULT IS HEREBY ENTERED AGAINST THE DEFENDANTS THIS

____ DAY OF APRIL, 2017.

DATED THIS ____ DAY OF APRIL, 2017.



_____

DEPUTY CLERK

TERRY KERR
DENNIS KERR
580 ASWAN STREET                          ORIGINAL
SPARKS, NEVADA 89441
208-520-7266
PRO-SE PLAINTIFFS


### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA


TERRY KERR AND DENNIS KERR          )

   PLAINTIFFS,                      )

   -V-                              )          CASE NO. 3:17-CV-00012-RJC-VPC

U.S. BANK N.A. AND U.S. BANK        )
N.A. AS TRUSTEE OF SW REO           )
TRUST 2014-1, BANK OF AMERICA       )          AMENDED DEFAULT JUDGEMENT
N.A., MICHEAL BROOKS ESQ.,          )          _____
RAMIR HERNANDEZ ESQ., DARREN        )
BRENNER ESQ., WILLIAM HABDAS        )
ESQ., RICHARD REYNOLDS ESQ.,        )
R.ARROR CHASTAIN ESQ., AND          )
HARMONY TITLE AGENCY, PLUS          )
DOES 1-10.                          )

   DEFENDANTS.                      )
_____)


### AMENDED DEFAULT JUDGEMENT

THE DEFENDANTS U.S. ABNK N.A. HAVING FAILED TO PLEAD OR

OTHERWISE DEFEND THIS ACTION AND THE AMENDED DEFAULT JUDGEMENT

OF THE DEFENDANT U.S. BANK N.A. HAVING BEEN DULY ENTERED.

NOW, UPON APPLICATION OF THE PLAINTIFFS ABOVE NAMED AND

UPON AFFIDAVIT, MEMORANDUM, AND MOTION ARE INDEBTED TO THE

PLAINTIFFS IN THE SUM OF $268,592 DOLLARS. ALSO THAT THE

DEFENDANT IS NOT IN THE MILITARY, NOR AN INFANT, OR AN

INCOMPETANT PERSON. IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED, THAT THE U.S. BANK N.A.DID NOT PLEAD OR OTHERWISE

DEFEND THIS ACTION THAT THE DEFENDANT WAS SUBSERVED WITH

A SUMMONS AND COMPLAINT AT THE U.S. BANK N.A. AT 301 VASSAR

STREET, RENO, NEVADA, 89502 ON JANUARY 11, 2017,  AND DID

NOT ANSWER THE SUMMONS AND COMPLAINT IN THE LEGAL TIME ALOWED.

THE PLAINTS ARE TO RECOVER FROM THE DEFENDANT U.S. BANK

N.A. THE SUM OF $268,592 DOLLARS.


DATED THIS ____ DAY OF APRIL, 2017.


_____
FEDERAL COURT JUDGE

2



CRIMINAL COMPLAINT TO THE NEVADA STATE

ATTORNEY GENERALS OFFICE, HONORABLE

ADAM LAXALT, ATTORNEY GENERAL

DENNIS KERR,
580 ASWAN STREET
SPARKS, NEVADA 89441
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                          JANUARY 5, 2017

          RE: SUBMITTING FORGED AND FALSIFIED DOCUMENTS
              TO THE COURT TO MAKE A WRONGFULL OBJECTIVE
              LEGAL THREW ILLEGAL WRONGFULL CONDUCT

          GREETINGS NEVADA STATE ATTORNEY ADAM LAXALT,

I DENNIS KERR AND MY FATHER TERRY KERR WANT A COMPLAINT FILED

AGAINST BAD FAITH MISCONDUCT ATTORNEYS, ( MICHEAL BROOKS,RAMIR

HERNANDEZ,DARREN BRENNER,WILLIAM HABDAS, AND RICHARD REYENOLDS

FOR USE OF WRONGFULL DECEPTIVE DOCUMENTS THAT WERE FORGED AND

FALSIFIED BY THE TITLE COMPANY THAT THEY OWN. THE MAKING OF AN

LEGAL OBJECTIVE BY ILLEGAL MEANS. THE LAST TIME THIS HAPPENED

THE STATE ATTORNEY GENERAL CATHINE MASTO CORTEZ DID HELP US.

THE EVIDENSE, THE FACTS, THE TRUTH, AND THE WRONGFULL ILLEGAL

MISCONDUCT IS TOTALLY PROVEN IN THE ATTACHED EXHIBITS OF PROOF.

               PLEASE READ THE ATTACHED DOCUMENTS AND EXHIBITS OF

               PROOF AND THEN TELL US WHAT CAN BE DONE.

THANK YOU FOR YOUR TIME AND CONCERN IN THIS MATTER.


          SINCERELY DENNIS KERR AND TERRY KERR