**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRY KERR et al. | |
| Plaintiffs, | 3:17-cv-00012-RCJ-VPC |
| vs. | |
| U.S. BANK, N.A. et al., | **ORDER** |
| Defendants. | |

This case arises out of a residential foreclosure. The Court denied Plaintiffs' motion for default judgment and granted a motion to dismiss both because Plaintiffs had failed to state a claim and because Judge Du had dismissed a previous action based on the same claims. Plaintiffs asked the Court to reconsider and to stay an order of the Sparks Justice Court. The Court denied the motions. The Court of Appeals affirmed, and the mandate has issued. Defendant U.S. Bank, N.A. has now asked the Court to expunge the lis pendens against the property. No party has timely objected.

///
///
///
///

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Expunge Lis Pendens (ECF No. 43) is GRANTED, and the lis pendens, Document No. 4669343, APN No. 089-344-02, Jan. 10, 2017, Washoe County Recorder, is EXPUNGED.

IT IS SO ORDERED.

DATED: This 7th day of November, 2018.

_____
ROBERT C. JONES
United States District Judge